# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN KIM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 2:22-cv-01347-SVW-E**<br>Assigned for all purposes to:<br>The Honorable Judge Stephen V. Wilson<br>Courtroom: 10A<br>[Los Angeles Superior Court<br>Case No. 21STCV32558]<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: 09/02/2021<br>Action Removed: 02/28/2022 |

## ORDER

The Joint Stipulation for Dismissal with Prejudice is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 31, 2022

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE         22-cv-01347-SVW-E